■ In the Matter of PETER R. WEISS, an Attorney. [621 NYS2d 864] —Motion granted and the effective date of the order of suspension is extended until January 31, 1995, to enable respondent to complete the five pending legal matters set forth in his motion. No opinion. Concur—Sullivan, J. P., Ellerin, Wallach, Asch and Tom, JJ.